UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH ALBA,

    Plaintiff,

v.                                                               Case No. 8:22-cv-2675-WFJ-AAS

JUDGE ANDREWS, *et al.*,

    Defendants.

_____/

**ORDER**

    Before the Court is Plaintiff Joseph Alba's Amended Complaint (Doc. 2). The Court has undertaken a preliminary screening of the Amended Complaint in accord with 28 U.S.C. § 1915A. After doing so, the Court has determined the Amended Complaint must be dismissed.

    Like the initial complaint, the Amended Complaint is rambling and essentially incomprehensible. And it violates Rule 8's "short and plain statement" requirement. *See* Fed. R. Civ. P. 8(a)(2) (providing that a complaint "shall contain . . . a short and plain statement of the claim showing that the pleader is entitled to relief"). Additionally, Mr. Alba appears to seek damages from a state court judge for acts taken in his judicial capacity and a state attorney for acts taken as an advocate for the State. Defendants have absolute immunity from damages in these circumstances. *See*

*Maps v. Miami Dade State Att'y*, 693 F. App'x 784, 785 (11th Cir. 2017) ("The defense of absolute immunity extends both to judges and prosecutors.").

Accordingly, Mr. Alba's Amended Complaint (Doc. 2) is **DISMISSED**, without prejudice to his filing of a new complaint, in a new case, with a new case number. The Clerk must enter judgment against Mr. Alba and close this case.

**DONE AND ORDERED** at Tampa, Florida, on March 22, 2023.

*/s/ William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO:**
Plaintiff, *pro se*